UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VICENTE GARCIA LEON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26cv1116 DRL-SJF |

## ORDER

Before the court is a joint motion by the parties indicating that immigration detainee Vicente Garcia Leon, by counsel, does not wish to proceed further with his habeas corpus petition [8]. The parties ask that the petition be dismissed without prejudice.

In the interest of justice, the motion [8] is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

August 21, 2026

*s/ Damon R. Leichty*
Judge, United States District Court